IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YURI SIDORENKO, ALEXANDER VASSILIEV, and MAURICIO SICILIANO,<br><br>    Defendants.<br>_____/ | No. 3:14-cr-00341-CRB<br><br>**ORDER REINSTATING WARRANTS** |

    On Friday, April 17, 2015, the Court dismissed the Indictment in this case and granted Defendants' motions to quash Defendants' arrest warrants. <u>See</u> Minutes (dkt. 55); Order Granting MTDs (dkt. 54). The government immediately appealed, <u>see</u> Notice (dkt. 50), and now asks this Court to reinstate Defendants' arrest warrants in light of the pending appeal, <u>see</u> Mot. (dkt. 56). In light of <u>United States v. Dunlop</u>, Mot. Ex. A (June 16, 2014 Order of the Ninth Circuit, Case No. 14-50129), the Court reinstates the arrest warrants, subject to further direction by the Circuit. The Court does so notwithstanding its view that the Defendants cannot be prosecuted on this Indictment.

    **IT IS SO ORDERED.**

Dated: April 23, 2015

                                                CHARLES R. BREYER<br>                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\341\reinstate.wpd