United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>YURI SIDORENKO, ALEXANDER VASSILIEV, and MAURICIO SICILIANO,<br><br>            Defendants.<br>_____/ | No. 3:14-cr-00341-CRB<br><br>**ORDER DENYING MOTION TO RECONSIDER** |

The government's Motion for Reconsideration of the Court's April 21, 2015 Order as to Mr. Siciliano's travel documents is DENIED. The government shall deliver Mr. Siciliano's travel documents to the Clerk of this Court, attention Barbara Espinoza, forthwith. The Court will then conduct a hearing with regard to the disposition of the documents.

**IT IS SO ORDERED.**

Dated: April 28, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\341\order denying reconsideration.wpd