IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:14-cr-00341-CRB |
| Plaintiff, | **ORDER RE SICILIANO TRAVEL DOCUMENTS** |
| v. | |
| YURI SIDORENKO, ALEXANDER VASSILIEV, and MAURICIO SICILIANO, | |
| Defendants. | |

For the reasons stated at the motion hearing on May 20, 2015, the Court DIRECTS the Clerk of the Court to: (1) send[1] Defendant Mauricio Siciliano's United Nations Laissez Passer (UNLP) to the International Civil Aviation Organization; and (2) release Defendant Mauricio Siciliano's Canadian passport to his attorney, Daniel Olmos.

**IT IS SO ORDERED.**

Dated: May 21, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The address to which the UNLP should be sent is:

> Chief of Staff Employment and Administration
> International Civil Aviation Organization
> 999 Robert Bourassa Blvd.
> Montreal, Quebec
> Canada H3C 5H7

G:\CRBALL\2014\341\order re siciliano travel docs.wpd